No. 6,092.—STATE EX REL. C. H. KEARINS, RELATOR, *v.* SCHOOL DISTRICT No. 20, POWELL COUNTY ET AL., RESPONDENTS.

Original application for writ of mandate directed to the trustees of School District No. 20 of Powell county, Montana, to reconvene and re-advertise for bids for the erection of a schoolhouse.

Decided January 10, 1927.

PER CURIAM.—Relator's application for a writ of mandate herein is denied.

*Mr. W. E. Keeley,* for Relator.